IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 97-G-2660-S |
| | ) |
| JOHN D. Bell, individually and | ) |
| as a general partner in John D. | ) |
| Bell and Elijah Bell, a | ) |
| Partnership d/b/a Lithographer's | ) |
| Printing Company, and | ) |
| | ) |
| MARY ANN BELL, | ) |
| | ) |
| ELIJAH (NMN) Bell, individually | ) |
| and as a general partner in | ) |
| John D. Bell, a Partnership | ) |
| d/b/a Lithographer's Printing | ) |
| Company, and | ) |
| | ) |
| CYNTHIA BELL, | ) |
| | ) |
| Defendants. | ) |

**ENTERED**

**APR 27 1998**

FILED 98 APR 27 PM 1:35 U.S. DISTRICT COURT N.D. OF ALABAMA

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Mary Ann Bell, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant, Mary Ann Bell, on October 14, 1997; Defendant has



failed to appear, plead, or otherwise defend.

      2.   Defendant, Mary Ann Bell, is not an infant or incompetent person, nor has Defendant, Mary Ann Bell been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

      3.   Defendant, Mary Ann Bell is indebted to Plaintiff in the principal sum of $41,336.70, plus interest at the prevailing legal rate from the date of judgment.

      4.   Plaintiff is due to recover from Defendant, Mary Ann Bell, the total sum of $41,336.70, plus interest hereafter at the prevailing legal rate per annum until paid in full, and all additional costs. An abstract of judgment will be entered accordingly.

Done this the 24th day of April, 1998.

_____
UNITED STATES DISTRICT JUDGE